United States District Court
Southern District of Texas
**ENTERED**
December 12, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **DRILLTECH SERVICES (USA) INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-00869 |
| § | |
| **MQ TEXAS OIL SUPPLY COMPANY,** *et al.*, § | |
| § | |
| Defendants. § | |
| § | |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff Drilltech Services (USA) Inc.'s Motion to Compel Arbitration and Dismiss Proceedings. (ECF No. 11). For the below reasons, the Court finds that the Motion should be and hereby is **GRANTED.**

Plaintiff directed the Court to the Parties Sales Representation Agreement ("Agreement"), which includes a broad form of arbitration requiring all disputes between the Parties to be submitted to arbitration. Per the Agreement, the arbitrator is to decide all questions of who or what is subject to arbitration. Because Plaintiff has demonstrated that the Parties are subject to the arbitration agreement and Defendant has failed to show that the Agreement is invalid, Plaintiff's Motions to Compel Arbitration are **GRANTED**.

This civil action is hereby **DISMISSED** pending arbitration.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 12th day of December, 2022.

*[signature]*

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE